# Deposition Transcript

Case Number: 1:21-CV-00049-LAG
Date: October 27, 2023



EXHIBIT
5

In the matter of:

## ORTIZ, et al. v STATE OF GEORGIA DEPARTMENT OF CORRECTIONS, et al.

## Robert Baker

**CERTIFIED COPY**

Reported by:
Sharon H. Ross
RPR, CRR -2886



Steno
Official Reporters

315 W 9th St.
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: FIRM #108F

```
 1                UNITED STATES DISTRICT COURT
 2            FOR THE MIDDLE DISTRICT OF GEORGIA
 3                       ALBANY DIVISION
 4

 5    ANGEL MANUEL ORTIZ, by and through )
      the Administrator of his Estate,   )
 6    SANDRA OUTLER, et al.              )
                                         )
 7              Plaintiff,               )CIVIL ACTION FILE
                                         )NO.:
 8       vs.                             )1:21-CV-00049-LAG
                                         )
 9                                       )
      STATE OF GEORGIA DEPARTMENT OF     )
10    CORRECTIONS, et al.                )
                                         )
11              Defendants.              )
                                         )
12                       - - -

13         Deposition of ROBERT BAKER, taken on behalf

14    of the Plaintiffs, pursuant to notice and agreement

15    of counsel, in accordance with the Georgia Civil

16    Practice Act, before Sharon H. Ross, Registered

17    Professional Reporter, at 165 DeKalb Industrial Way,

18    Ste. B-1, Decatur, GA 30030, on the 27th day of

19    October, 2023, commencing at 3:00 p.m.

20    _____
21
22
23
24
25
```

Page 2

```
 1  APPEARANCES OF COUNSEL:
 2      ON BEHALF OF THE PLAINTIFF:
 3          ROBERT LEANZA DAVIS, JR, ESQUIRE
            Law Office of Robert Leanza Williams, Jr.
 4          165 DeKalb Industrial Way, Ste B-1
            Decatur, GA  30030
 5          (404) 377-7028
            robert@flgalaw.com
 6
        ON BEHALF OF THE DEFENDANTS:
 7
            LAURA L. LONES, ESQUIRE
 8          Department of Law, State of Georgia
            40 Capitol Square, SW
 9          Atlanta, Georgia 30334
            (404) 458-3488
10          llones@law.ga.gov
11                     - - -
12          (Whereupon, disclosure as required by the
13      Georgia Board of Court Reporting was made by the
14      court reporter, a written copy of which is
15      attached hereto.)
```

Page 3

```
                    TABLE OF CONTENTS

                                                    PAGE
 Examination by Attorney Davis                        4
 Examination by Attorney Lones                       21


 PLAINTIFFS'
 EXHIBIT:       DESCRIPTION                      PAGE NO.

 Exhibit No. 1    Ortiz v GDC   D 0820               7
```

Page 4

```
 1              ROBERT BLAKE,
 2   having been first duly sworn, was examined and
 3   testified as follows:
 4          ATTORNEY DAVIS:  We're here on Ortiz
 5   versus the Department of Corrections.
 6          Do you have the case number?
 7          RENA JEFFERSON:  21-CV-00049.
 8          ATTORNEY DAVIS:  21-CV-00049.  And
 9   we're here for the deposition of Mr. Robert
10   Baker.  He has been sworn, and we're going to
11   start it off.
12              EXAMINATION
13   BY ATTORNEY DAVIS:
14       Q.  Mr. Baker, we're here to get your sworn
15   testimony as to the events, if you have recollection
16   of them, surrounding Mr. Angel Manuel Ortiz's death
17   and his time at being incarcerated at Calhoun State
18   Prison.  So first I'd like to ask you:  Can you
19   please state your name?
20       A.  Robert Baker.
21       Q.  Can you please state your date of birth?
22       A.  10/9/59.
23       Q.  And can you please state your current
24   address?
25       A.  1430 Chapel Hill Lane, Marietta, Georgia,
```

Page 5

```
 1   30008.
 2       Q.  And on May 30th, 2019, where were you
 3   living on that date?
 4       A.  I was at Calhoun State Prison.
 5       Q.  Yes, sir.  And what building were you
 6   housed in?
 7       A.  I was in J building at that time.
 8       Q.  And why were you in J building?
 9       A.  I had went out on medical procedure and
10   lost my bed in L building.
11       Q.  Did you have a cellmate at the time?
12       A.  I did, but I don't remember his name.
13       Q.  Do you recall meeting Mr. Angel Manuel
14   Ortiz?
15       A.  Yes.  I knew Angel from L building before
16   I had went out on a medical leave.
17       Q.  And are you familiar with Fred Hardy?
18       A.  I'd seen the little guy around.
19       Q.  And were you present when Hardy was
20   brought -- well, was Hardy ever housed in J
21   building?
22       A.  Yes.  He came in -- the sergeant -- I'm
23   not recalling his name either, but he came brought
24   him in there under the influence.
25       Q.  And can you describe -- when you say
```

Page 6

1  "under the influence," can you describe what he was
2  looking like or how his behavior was when he came in
3  there?
4       A.   Like a wild man.
5       Q.   So we can't -- can you describe, like,
6  the blow-by-blow? Can you describe his face, his
7  actions, his --
8       A.   He was screaming and hollering. The
9  sergeant was dragging him in there, helped by
10 another officer. They drug him in and put him caddy
11 corner across the hall from -- in the building
12 across the little dormitory.
13      Q.   And did you have the ability to see his
14 cell?
15      A.   Did I happen to see his cell?
16      Q.   Did you have the ability --
17      A.   Yes, I can.
18      Q.   And how -- you said you were caddy corner
19 to his cell?
20      A.   Yes, across the walkway.
21      Q.   And what type of housing is J building?
22      A.   It's mainly a lockdown and return, and new
23 arrivals and return from medical facility, or
24 building.
25      Q.   Yes, sir. And then in a lockdown

Page 7

1  facility, how do you see across?
2       A.   Well, feeding chutes. The door has a
3  latch, a hand where you slide the trays in when
4  you -- that's how they feed us.
5       Q.   And so did you have a clear view of the
6  officers that were bringing Hardy into the cell?
7       A.   Yes.
8       Q.   You say you don't know their names, but
9  would you recognize the officer if you saw a picture
10 of him or anything like that?
11      A.   Yes, I would.
12      Q.   I'm showing you --
13           ATTORNEY DAVIS:  Court reporter, you
14      want to mark it? This is the only exhibit.
15           (Plaintiff's Exhibit 1 was marked for
16      identification.)
17      Q    (By Attorney Davis) I'm showing you what's
18 been marked as Plaintiff's Exhibit 1. Can you
19 please tell me what this is?
20      A.   That's the officer, the sergeant that
21 brought the young man in, or pushed him into the
22 cell.
23      Q.   But what is it?
24      A.   Georgia State ID.
25      Q.   And how would you describe this person

Page 8

1  that you see on the ID?
2       A.   Heavy set, dark skin, muscular.
3            ATTORNEY DAVIS:  And this is the
4       exhibit. I apologize. And it was handed over
5       to us in discovery.
6            ATTORNEY LONES:  I understand. It's
7       complicated with these.
8            ATTORNEY DAVIS:  Okay. Thank you.
9       Q    (By Attorney Davis) Can you describe how
10 the officer put him in the cell?
11      A.   He wrestled him. Locked his arms, both
12 arms around the individual's arms, drug him most of
13 the way and -- while the other officer unlocked the
14 door and slung him in there.
15      Q.   And the other officer, how would you
16 describe that other officer?
17      A.   Trying to stay out of the way.
18      Q.   So how would you describe the other
19 officer that unlocked the cell?
20      A.   She was a female. I think she was a
21 sergeant. She was a female trying to stay back from
22 the young man because he was kind of -- he was out
23 of it. He was wonderland.
24      Q.   And when he got in the cell -- well, did
25 they eventually put him in a cell?

Page 9

1       A.   Yes. After struggling a few minutes, they
2  put him in there. He threw him in.
3       Q.   And could you see Hardy once he was in the
4  cell?
5       A.   Yes. He was running to the door kicking
6  the door, screaming and hollering. And we all said
7  it at the same time, there's no sleep tonight.
8       Q.   And were you there when Mr. Ortiz -- well,
9  I'm going to ask you a different way. Was Mr. Ortiz
10 ever in J building?
11      A.   Yes, yes.
12      Q.   And were you there when he was brought in
13 the J building?
14      A.   Yes.
15      Q.   Which cell was he placed in in J building?
16      A.   Caddy corner in the same dorm, the same
17 room that the little wild boy was in.
18      Q.   Can you describe what happened when they
19 were putting Mr. Ortiz in the cell with Hardy?
20      A.   He begged the sergeant, don't put me in
21 there with that boy. He's on them strips. Please
22 don't put me in there. He's going to hurt me.
23           And he kept begging and begging. And the
24 sergeant kept telling, oh, ain't nothing going to
25 happen, get on in there.

**Page 10**

Q. Did Hardy say or do anything when they were trying to put Mr. Ortiz in the cell?

A. Yes. He was trying to fight not to go in there, holding the doors, the side of the door, screaming, please don't put me in there. And the little boy was screaming, you put him in here I'm going to kill him. He a monster, he a monster. They knew he was on strips.

Q. And the little boy that you're describing, would that be the gentleman that they put in that same cell earlier that day?

A. Yes. The Hardy boy, the strip boy.

Q. And then who were the people that put Mr. Ortiz in the cell with him?

A. The same sergeant.

Q. The same sergeant?

A. Yes.

Q. The male or the female?

A. The male. He forced him to get in there.

Q. When -- after they were in there for a while, did you -- did you hear any instances between them, Ortiz and Hardy?

A. It didn't stop. A lot of screaming and hollering from the young guy. He was just screaming and hollering and kicking the door. And about 10,

**Page 11**

15 minutes later we could hear, like, a scuffle. And him running into the door. Angel was screaming and hollering, get me out of here, get me out of here. And the officers had left.

Q. So no officer came back to address the situation?

A. No.

Q. Let me ask you a question: After that time, did the officer come and make any rounds in the days following that?

A. No.

Q. Did they come at any point?

A. Yes. They would come at snack time for diabetic snack, feeding time, made sure the orderlies cleaned up. That would be about the only time you really seen them.

Q. So I want to ask you straight: Did they come by every 30 minutes and check on you?

A. No.

Q. And how would you know if they came by and checked on you?

A. You would see them. They'd hit your door or bounce your flap. Your flap would stay open because it was so hot in there. There was no air. No way to get no fresh air, so they hit your flap.

**Page 12**

And when it bounced, it's metal. It would go boom, boom, boom, and you know somebody was outside your door.

Q. Now I want to bring your attention to June 16th, 2019. Did you observe anything between Hardy and Mr. Ortiz on that day?

A. Yes. Same crazy stuff that the little boy was going crazy again. And Angel was screaming, get me out of here, get me out of here.

Q. And how were you able -- did you observe that? Did you hear that?

A. Yes. And him -- the young man was running into the door, kicking the door, screaming and jumping up and down on the bunk. You know, when you jump up and down on the bunk it go (sound.) The whole building is doors, it's metal. So it's a vibration that you can here (sound.)

Q. And was your flap open on that day?

A. Yes. They had the flaps open. It was extremely hot.

Q. And could you see out of that flap?

A. Yes. You could see, basically, everywhere but right beside you.

Q. And did Hardy and Ortiz have a confrontation on that day?

**Page 13**

A. Yes.

Q. Can you please describe that confrontation?

A. A lot of screaming from -- the young guy was doing all the screaming. Angel was just saying, get me out of here. Screaming, officer, officer. Everybody saw it. And then, like, a fight was going on.

Q. And then can you describe more of the fight?

A. Well, we could hear -- well, we basically could see somebody being slammed against the door. The young man was dark skin. Angel is very light skin, such as myself. We could see who was getting slammed against the door.

Q. And who was that?

A. That would be Angel was being slammed against the door. Slammed on the floor. Then rammed back into the door several times.

Q. And then what happened after that?

A. Everybody started screaming. You know, officer, officer. We knew they was outside or next door or outside smoking, so everybody started screaming.

Angel was screaming, he killing me, he

Page 14

killing me. Help me, help me. You know, so everybody -- all the guys in there started screaming and hollering, beating on their flap, making your flap go (sound) so the officer will come.

Q. I imagine that's pretty loud with all that screaming and flapping?

A. Yes. And the screaming and people jumping up and down on their bunks. That's the only way to get officers' attention if they outside.

Q. And did they respond right away?

A. Not right away. It was a pretty good fight going on in the room.

Q. And I know -- did you have a watch on at the time?

A. No, I didn't have no watch.

Q. I won't ask you to estimate time, because you didn't have a watch on, about how long it happened, but -- why not? How long do you think it took for the guards to respond from -- to this fight?

A. Well, the lady, sergeant lady, walked in there about -- it had to have been, because I had screamed so loud and so long I was getting hoarse. It must have been 10 to 15 minutes before she came in there running, screaming, what the F going on in

Page 15

here?

And we all was hollering, pointing over there to the door where the young man and Angel was. That he killing him in there, he killing him.

Angel wasn't hollering no more. It was no more hollering from Angel, just the boy. And you could hear him, like, vibrating that bed, like up and off the bed, jumping off the bed. Boom, boom, continuously.

Q. And did the officer respond and immediately open the door and stop the --

A. No. She peeped in the peephole, ran out the building, got the other sergeant, the gentleman sergeant. He ran in there and he -- when he unlocked the door, opened the door he screamed, oh, shit, and jumped and down. And then told her something in her ear.

And she came in there with a bunch of paper and some tape and started taping everybody's food chute where you get your food trays so we couldn't see.

Q. Yes, sir.

In that prison, are there any cameras in the cell where they could see what's going on?

A. In the entryway.

Page 16

Q. But not inside the individual cell?

A. No. Not in no cells. Not inside the -- the building itself where the doors is --

Q. Yes, sir.

A. -- that's the only camera, but it don't show nothing but straight upward. It shows -- because there's upstairs and downstairs. It shows straight upward. It don't show the down, lower level at all.

Q. And, one moment. Are there any call buttons, like alarm buttons in your cell? You, like, mash it and get the officers' attention?

A. Yeah. The door flap.

Q. But nothing particularly like --

A. No button. Nothing electronic to notify officer if something is wrong or panic or anything. Just screaming and hollering and hitting that door flap. The officers know what the door flap mean.

Q. One second.

Do you know who the orderly was at the time in J building on June 6, 2019?

A. No. I didn't know him. They all come from G building. All the orderlies in the building come from G building. That's the gang building.

Q. Have you heard of strips?

Page 17

A. Yes.

Q. Can you please tell us what strips are?

A. It's a hallucinogenic. It's between LSD and PCP. But they can do it wrong. They can mix it wrong and it will be too potent and make a person -- I've seen guys run into the wall with their head continuously until somebody grab him. And we tie him up in sheets or wrap him up in a blanket to keep him from hurting himself. That's in L building, in the open dorm, we will be able to stop them.

Q. Now, do you know if the guards are aware that there are strips in the prison?

A. Yes.

Q. How would you know that?

A. Being in prison.

Q. Is it safe to say that there are a lot of inmates under the effect -- well, can you tell us: Have you seen many inmates under the effect of strips?

A. Yes.

Q. And if you were to say a number of people you've seen under the effects of strips at Calhoun Prison, how many would you say?

A. I couldn't count them.

Q. Ten?

Page 18

1   A.   That's in what?  One building?
2   Q.   Twenty?
3   A.   No.  It's at least -- it's 60 to -- 50 to
4   60 people per building per level.  It's got to be at
5   least 30 to 40 people that wicky, or they could
6   credit for wicky, strips and wicky.
7   Q.   What's wicky?
8   A.   It's strip.  It's just some of them is
9   light and some of it is real strong.
10  Q.   And you described earlier that the
11  inmates, or, people on strips would be running wild,
12  jumping down from the bunks, hurting themselves;
13  correct?
14  A.   Yes, yes.
15  Q.   And I want to be clear.  You told me there
16  were 30 to 40 people doing this, acting this way
17  every day?
18  A.   Every day, 24 hours a day.  Certain places
19  you couldn't sleep because people would be on
20  strips.  But we kept them in the bathrooms.  In L
21  building, we would keep them in the bathrooms to
22  keep them off people bunks, and from just walking
23  up -- we've seen people get in the bed with other
24  guys.
25       It's a hallucinogenic.  You don't know

Page 19

1   where you're at and you can't control it.
2   Q.   Did you see officers do anything to
3   control these strips?  The access of the strips for
4   the inmates?
5   A.   Yes.  Bring more in.
6   Q.   With all this going on, did you feel safe
7   in the custody of Georgia Department of Corrections?
8   A.   No, no.
9   Q.   Have you ever witnessed inmates getting
10  assaulted at Calhoun?
11  A.   Yes.
12  Q.   How many times?
13  A.   I've seen officers let certain other
14  inmates with more influence than others into the
15  room with helpless inmates to dominate them.
16  Q.   And so -- I want to be clear.  You're
17  saying that the guard would open the cell and let
18  another inmate in there who had bad intentions?
19  A.   Yes.
20  Q.   I'm trying to -- do you know why they
21  would do that?
22  A.   Money.
23  Q.   And did you ever file a grievance
24  regarding your safety in prison?
25  A.   From medical.  And I was transferred to

Page 20

1   Calhoun because I kept filing grievances against a
2   nurse that stuck me in my arm, and I couldn't move
3   my arm for, like, two months.  And I put in I think
4   three grievances.  And a couple of nights later,
5   they transferred me to Calhoun from Wheeler, the
6   private prison.
7   Q.   Okay.  I want to ask you an open-ended
8   question.  Is there anything else you'd like us to
9   know about Mr. Ortiz's death or Frank Hardy?
10  A.   Angel's death could have been avoided.  It
11  could have been avoided.
12  Q.   How could it have been avoided?
13  A.   The officer knew that that boy do strips.
14  Why would you put a bunny rabbit in the room with a
15  wolf?
16  Q.   And I guess, are you describing -- who
17  would be the wolf?
18  A.   Hardy is the wolf.
19  Q.   And who would be the bunny rabbit?
20  A.   Angel.
21  Q.   Did Angel have any medical conditions?
22  A.   Yes, yes.  He had several medical
23  conditions.
24  Q.   Could you please describe them?
25  A.   He was walking on a cane.  He had a bad

Page 21

1   leg.  I know his leg swolled up all the time.
2        He had several things wrong with him.  He
3   went to medical -- every other day he was in
4   medical.
5           ATTORNEY DAVIS:  I don't think I have
6       any more questions.  One moment.
7           I don't have any more questions at
8       this time.
9           ATTORNEY LONES:  Sir, I just have,
10      maybe, a couple of questions.  I appreciate
11      your time here with us today.  This is Laura
12      Lones.  I represent the defendants in this
13      lawsuit.
14              EXAMINATION
15  BY ATTORNEY LONES:
16  Q.   Sir, did you speak with an investigator a
17  few hours after the confrontation between Mr. Hardy
18  and Mr. Ortiz?
19  A.   No, ma'am.  They moved me out into -- they
20  transferred several people out of L building and
21  moved a bunch of the older guys over there the same
22  day.  The same morning.  The next morning.
23          ATTORNEY LONES:  All right.  I think
24      that's all I have.  Again, we certainly
25      appreciate your time today and sharing your

**Page 22**

```
 1  information with us.  I know this has got to be
 2  difficult to talk about.  Thank you, sir.
 3          THE WITNESS:  Thank you.
 4          ATTORNEY DAVIS:  That concludes what
 5  we're doing here. Thank you.
 6          THE REPORTER:  Do you want to ask
 7  about reading or signing?
 8          ATTORNEY DAVIS:  You can explain.
 9          THE REPORTER:  (Complying.)
10          THE WITNESS:  I'll waive that right.
11          ATTORNEY DAVIS:  I'd like mine
12  electronically.
13          ATTORNEY LONES:  I would like a copy
14  with transcript and the exhibit.  A PDF is
15  fine.
16          (Deposition concluded at 3:33 p.m.)
```

**Page 23**

```
 1       The following reporter and firm disclosures
 2  were presented at this proceeding for review by
 3  counsel:
 4
 5           REPORTER DISCLOSURES
 6       The following representations and
     disclosures are made in compliance with Georgia
 7   Law, more specifically:
          Article 10(B) of the Rules and Regulations
 8   of the Board of Court Reporting (disclosure forms)
          OCGA 9-11-28(c) (disqualification of
 9   reporter for financial interest)
          OCGA 15-14-37(a) and (b) (prohibitions
10   against contracts except on a case-by-case
     basis).
11        - I am a certified reporter in the State
     of Georgia.
12        - I have been assigned to make a complete
     and accurate record of these proceedings.
13        - I have no relationship of interest in
     the matter on which I am about to report which
14   would disqualify me from making a verbatim
     record or maintaining my obligation of
15   impartiality in compliance with the Code of
     Professional Ethics.
16        - I have no direct contract with any party
     in this action and my compensation is
17   determined solely by the terms of my employment
     agreement.
```

**Page 24**

```
 1           C E R T I F I C A T E
 2
 3  STATE OF GEORGIA:
    COUNTY OF FULTON:
 4
 5          I hereby certify that the foregoing
    transcript was taken down, as stated in the caption,
 6  and the colloquies, questions, and answers were
    reduced to writing under my direction; that the
 7  transcript is a true and correct record of the
    evidence given upon said proceeding.
 8          I further certify that I am not a
    relative or employee or attorney of any party, nor
 9  am I financially interested in the outcome of this
    action.
10          I have no relationship of interest in
    this matter which would disqualify me from
11  maintaining my obligation of impartiality in
    compliance with the Code of Professional Ethics.
12          I have no direct contract with any party
    in this action and my compensation is based
13  solely on the terms of my employment agreement.
            Nothing in the arrangements made for
14  this proceeding impacts my absolute commitment to
    serve all parties as an impartial officer of the
15  court.
16          This, the 8th day of November, 2023.
17
18
19          SHARON ROSS, RPR, CRR-2886
```

| Exhibits | | | |
|---|---|---|---|
| Exhibit 1  3:10 7:15,18 | acting  18:16 | bounced  12:1 | Complying  22:9 |
| | actions  6:7 | boy  9:17,21 10:6,9,12 12:7 15:6 20:13 | concluded  22:16 |
| **1** | address  4:24 11:5 | | concludes  22:4 |
| 1  7:15,18 | air  11:24,25 | bring  12:4 19:5 | conditions  20:21,23 |
| 10  10:25 14:24 | alarm  16:11 | bringing  7:6 | confrontation  12:25 13:3 21:17 |
| 10/9/59  4:22 | Angel  4:16 5:13,15 11:2 12:8 13:5,13,17,25 15:3,5,6 20:20,21 | brought  5:20,23 7:21 9:12 | continuously  15:9 17:7 |
| 1430  4:25 | | building  5:5,7,8,10,15,21 6:11,21,24 9:10,13,15 12:16 15:13 16:3,21,23,24 17:9 18:1,4,21 21:20 | control  19:1,3 |
| 15  11:1 14:24 | Angel's  20:10 | | copy  22:13 |
| 16th  12:5 | apologize  8:4 | bunch  15:18 21:21 | corner  6:11,18 9:16 |
| | arm  20:2,3 | bunk  12:14,15 | correct  18:13 |
| **2** | arms  8:11,12 | bunks  14:8 18:12,22 | Corrections  4:5 19:7 |
| 2019  5:2 12:5 16:21 | arrivals  6:23 | bunny  20:14,19 | count  17:24 |
| 21-CV-00049  4:7,8 | assaulted  19:10 | button  16:15 | couple  20:4 21:10 |
| 24  18:18 | attention  12:4 14:9 16:12 | buttons  16:11 | Court  7:13 |
| | Attorney  4:4,8,13 7:13,17 8:3,6,8,9 21:5,9,15,23 22:4,8,11,13 | | crazy  12:7,8 |
| **3** | | **C** | credit  18:6 |
| 30  11:18 18:5,16 | avoided  20:10,11,12 | caddy  6:10,18 9:16 | current  4:23 |
| 30008  5:1 | aware  17:11 | Calhoun  4:17 5:4 17:22 19:10 20:1,5 | custody  19:7 |
| 30th  5:2 | | call  16:10 | |
| 3:33  22:16 | **B** | camera  16:5 | **D** |
| | back  8:21 11:5 13:19 | cameras  15:23 | dark  8:2 13:13 |
| **4** | bad  19:18 20:25 | cane  20:25 | date  4:21 5:3 |
| 40  18:5,16 | Baker  4:10,14,20 | case  4:6 | Davis  4:4,8,13 7:13,17 8:3, 8,9 21:5 22:4,8,11 |
| | basically  12:22 13:11 | cell  6:14,15,19 7:6,22 8:10, 19,24,25 9:4,15,19 10:2, 11,14 15:24 16:1,11 19:17 | day  10:11 12:6,18,25 18:17,18 21:3,22 |
| **5** | bathrooms  18:20,21 | | |
| 50  18:3 | beating  14:3 | | days  11:10 |
| | bed  5:10 15:7,8 18:23 | cellmate  5:11 | death  4:16 20:9,10 |
| **6** | begged  9:20 | cells  16:2 | defendants  21:12 |
| 6  16:21 | begging  9:23 | Chapel  4:25 | Department  4:5 19:7 |
| 60  18:3,4 | behavior  6:2 | check  11:18 | deposition  4:9 22:16 |
| | birth  4:21 | checked  11:21 | describe  5:25 6:1,5,6 7:25 8:9,16,18 9:18 13:2,9 20:24 |
| **A** | BLAKE  4:1 | chute  15:20 | |
| ability  6:13,16 | blanket  17:8 | chutes  7:2 | describing  10:9 20:16 |
| access  19:3 | blow-by-blow  6:6 | cleaned  11:15 | diabetic  11:14 |
| | boom  12:1,2 15:8 | clear  7:5 18:15 19:16 | difficult  22:2 |
| | bounce  11:23 | complicated  8:7 | |

**discovery** 8:5
**dominate** 19:15
**door** 7:2 8:14 9:5,6 10:4,25 11:2,22 12:3,13 13:12,15, 18,19,23 15:3,11,15 16:13, 17,18
**doors** 10:4 12:16 16:3
**dorm** 9:16 17:10
**dormitory** 6:12
**downstairs** 16:7
**dragging** 6:9
**drug** 6:10 8:12
**duly** 4:2

**E**

**ear** 15:17
**earlier** 10:11 18:10
**effect** 17:17,18
**effects** 17:22
**electronic** 16:15
**electronically** 22:12
**entryway** 15:25
**estimate** 14:16
**events** 4:15
**eventually** 8:25
**everybody's** 15:19
**EXAMINATION** 4:12 21:14
**examined** 4:2
**exhibit** 7:14,15,18 8:4 22:14
**explain** 22:8
**extremely** 12:20

**F**

**face** 6:6
**facility** 6:23 7:1
**familiar** 5:17

**feed** 7:4
**feeding** 7:2 11:14
**feel** 19:6
**female** 8:20,21 10:18
**fight** 10:3 13:7,10 14:12,20
**file** 19:23
**filing** 20:1
**fine** 22:15
**flap** 11:23,25 12:18,21 14:3,4 16:13,18
**flapping** 14:6
**flaps** 12:19
**floor** 13:18
**food** 15:20
**forced** 10:19
**Frank** 20:9
**Fred** 5:17
**fresh** 11:25

**G**

**gang** 16:24
**gentleman** 10:10 15:13
**Georgia** 4:25 7:24 19:7
**good** 14:11
**grab** 17:7
**grievance** 19:23
**grievances** 20:1,4
**guard** 19:17
**guards** 14:19 17:11
**guess** 20:16
**guy** 5:18 10:24 13:4
**guys** 14:2 17:6 18:24 21:21

**H**

**hall** 6:11
**hallucinogenic** 17:3 18:25

**hand** 7:3
**handed** 8:4
**happen** 6:15 9:25
**happened** 9:18 13:20 14:18
**Hardy** 5:17,19,20 7:6 9:3, 19 10:1,12,22 12:6,24 20:9,18 21:17
**head** 17:6
**hear** 10:21 11:1 12:11 13:11 15:7
**heard** 16:25
**Heavy** 8:2
**helped** 6:9
**helpless** 19:15
**Hill** 4:25
**hit** 11:22,25
**hitting** 16:17
**hoarse** 14:23
**holding** 10:4
**hollering** 6:8 9:6 10:24,25 11:3 14:3 15:2,5,6 16:17
**hot** 11:24 12:20
**hours** 18:18 21:17
**housed** 5:6,20
**housing** 6:21
**hurt** 9:22
**hurting** 17:9 18:12

**I**

**ID** 7:24 8:1
**identification** 7:16
**imagine** 14:5
**immediately** 15:11
**incarcerated** 4:17
**individual** 16:1
**individual's** 8:12
**influence** 5:24 6:1 19:14

**information** 22:1
**inmate** 19:18
**inmates** 17:17,18 18:11 19:4,9,14,15
**inside** 16:1,2
**instances** 10:21
**intentions** 19:18
**investigator** 21:16

**J**

**JEFFERSON** 4:7
**jump** 12:15
**jumped** 15:16
**jumping** 12:14 14:7 15:8 18:12
**June** 12:5 16:21

**K**

**kicking** 9:5 10:25 12:13
**kill** 10:7
**killing** 13:25 14:1 15:4
**kind** 8:22
**knew** 5:15 10:8 13:22 20:13

**L**

**lady** 14:21
**Lane** 4:25
**latch** 7:3
**Laura** 21:11
**lawsuit** 21:13
**leave** 5:16
**left** 11:4
**leg** 21:1
**level** 16:9 18:4
**light** 13:13 18:9
**living** 5:3

lockdown 6:22,25
Locked 8:11
Lones 8:6 21:9,12,15,23 22:13
long 14:17,18,23
lost 5:10
lot 10:23 13:4 17:16
loud 14:5,23
lower 16:8
LSD 17:3

**M**

made 11:14
make 11:9 17:5
making 14:3
male 10:18,19
man 6:4 7:21 8:22 12:12 13:13 15:3
Manuel 4:16 5:13
Marietta 4:25
mark 7:14
marked 7:15,18
mash 16:12
medical 5:9,16 6:23 19:25 20:21,22 21:3,4
meeting 5:13
metal 12:1,16
mine 22:11
minutes 9:1 11:1,18 14:24
mix 17:4
moment 16:10 21:6
Money 19:22
monster 10:7
months 20:3
morning 21:22
move 20:2
moved 21:19,21
muscular 8:2

**N**

names 7:8
nights 20:4
notify 16:15
number 4:6 17:21
nurse 20:2

**O**

observe 12:5,10
officer 6:10 7:9,20 8:10,13, 15,16,19 11:5,9 13:6,22 14:4 15:10 16:16 20:13
officers 7:6 11:4 16:18 19:2,13
officers' 14:9 16:12
older 21:21
open 11:23 12:18,19 15:11 17:10 19:17
open-ended 20:7
opened 15:15
orderlies 11:15 16:23
orderly 16:20
Ortiz 4:4 5:14 9:8,9,19 10:2,14,22 12:6,24 21:18
Ortiz's 4:16 20:9

**P**

p.m. 22:16
panic 16:16
paper 15:19
PCP 17:4
PDF 22:14
peeped 15:12
peephole 15:12
people 10:13 14:7 17:21 18:4,5,11,16,19,22,23 21:20
person 7:25 17:5

picture 7:9
places 18:18
plaintiff's 7:15,18
point 11:12
pointing 15:2
potent 17:5
present 5:19
pretty 14:5,11
prison 4:18 5:4 15:23 17:12,15,23 19:24 20:6
private 20:6
procedure 5:9
pushed 7:21
put 6:10 8:10,25 9:2,20,22 10:2,5,6,10,13 20:3,14
putting 9:19

**Q**

question 11:8 20:8
questions 21:6,7,10

**R**

rabbit 20:14,19
rammed 13:19
ran 15:12,14
reading 22:7
real 18:9
recall 5:13
recalling 5:23
recognize 7:9
recollection 4:15
remember 5:12
RENA 4:7
reporter 7:13 22:6,9
represent 21:12
respond 14:10,19 15:10
return 6:22,23

Robert 4:1,9,20
room 9:17 14:12 19:15 20:14
rounds 11:9
run 17:6
running 9:5 11:2 12:12 14:25 18:11

**S**

safe 17:16 19:6
safety 19:24
screamed 14:23 15:15
screaming 6:8 9:6 10:5,6, 23,24 11:2 12:8,13 13:4,5, 6,21,24,25 14:2,6,7,25 16:17
scuffle 11:1
sergeant 5:22 6:9 7:20 8:21 9:20,24 10:15,16 14:21 15:13,14
set 8:2
sharing 21:25
sheets 17:8
shit 15:16
show 16:6,8
showing 7:12,17
shows 16:6,7
side 10:4
signing 22:7
sir 5:5 6:25 15:22 16:4 21:9,16 22:2
situation 11:6
skin 8:2 13:13,14
slammed 13:12,15,17,18
sleep 9:7 18:19
slide 7:3
slung 8:14
smoking 13:23
snack 11:13,14

sound 12:15,17 14:4
speak 21:16
start 4:11
started 13:21,23 14:2 15:19
state 4:17,19,21,23 5:4 7:24
stay 8:17,21 11:23
stop 10:23 15:11 17:10
straight 11:17 16:6,8
strip 10:12 18:8
strips 9:21 10:8 16:25 17:2,12,19,22 18:6,11,20 19:3 20:13
strong 18:9
struggling 9:1
stuck 20:2
stuff 12:7
surrounding 4:16
swolled 21:1
sworn 4:2,10,14

### T

talk 22:2
tape 15:19
taping 15:19
telling 9:24
Ten 17:25
testified 4:3
testimony 4:15
things 21:2
threw 9:2
tie 17:7
time 4:17 5:7,11 9:7 11:9, 13,14,16 14:14,16 16:21 21:1,8,11,25
times 13:19 19:12
today 21:11,25
told 15:16 18:15

tonight 9:7
transcript 22:14
transferred 19:25 20:5 21:20
trays 7:3 15:20
Twenty 18:2
type 6:21

### U

understand 8:6
unlocked 8:13,19 15:15
upstairs 16:7
upward 16:6,8

### V

versus 4:5
vibrating 15:7
vibration 12:17
view 7:5

### W

waive 22:10
walked 14:21
walking 18:22 20:25
walkway 6:20
wall 17:6
watch 14:13,15,17
Wheeler 20:5
wicky 18:5,6,7
wild 6:4 9:17 18:11
witnessed 19:9
wolf 20:15,17,18
wonderland 8:23
wrap 17:8
wrestled 8:11
wrong 16:16 17:4,5 21:2

### Y

young 7:21 8:22 10:24 12:12 13:4,13 15:3





